## STATE v. ROBINSON

No. 323P89

Case below: 94 N.C.App. 225

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 5 October 1989.

## STATE v. SCHUITMAKER

No. 352P89

Case below: 95 N.C.App. 225

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 October 1989. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1989.

## STATE v. STEWART

No. 321P89

Case below: 94 N.C.App. 225

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 5 October 1989.

## STATE v. TEW

No. 405A89

Case below: 95 N.C.App. 634

Petition by the Attorney General for writ of supersedeas and temporary stay allowed 25 September 1989.

## TATE v. CHAMBERS

No. 276P89

Case below: 94 N.C.App. 154

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 5 October 1989.